RECEIVED
BY MAIL
SEP 21 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01 CV 1287 RHK/JMM Case Title: U.S. ex rel James Kinney vs Rebecca Stoltz, et al

**Affidavit of Movant**

I, Gary A. Weissman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Donald R. Warren an attorney admitted to practice in the Southern District of California, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ~~( ) defendant~~ James Kinney in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| Signature | 115599 MN Attorney License # | 9-19-01 Date |
|---|---|---|

**Affidavit of Proposed Admittee**

I, Donald R. Warren, am currently a member in good standing of the U.S. District Court for the Southern District of CALIFORNIA, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Donald R. Warren Type/Print Name | Signature | 08/21/01 Date |
|---|---|---|

Attorney License Number: 138933

Law Firm Name & Address: Warren - Benson Law Group
2257 Front Street
San Diego, CA 92101-1909

Telephone: (619) 233-0224

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

SEP 20 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99