**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States ex rel. James B. Kinney,

Plaintiff,

v.

Civil No. 01-1287 (RHK/JMM)
**ORDER**

Rebecca Stoltz, et al.

Defendants.

---

At today's hearing on the Defendants' Motion to Dismiss, counsel discussed the fact that the Plaintiff has filed an Amended Complaint. The Court gave the parties leave to submit supplemental briefs addressing the following issue: whether the Plaintiff's amendment of his Complaint, done without leave of the Court after the Defendants filed the Motion to Dismiss, is effective pursuant to Rule 15(a). The Court further requests counsel to address the impact of the Amended Complaint on the pending Motion to Dismiss, assuming the Amended Complaint is effective.

The Defendants shall file **in Saint Paul** an original and two copies of their supplemental brief and serve a copy of the same on opposing counsel within ten (10) days of the date of the hearing – i.e., by December 21. The Plaintiff shall file **in Saint Paul** an original and two copies of his responsive brief within fourteen (14) days thereafter – i.e., by January 4, 2002.

Dated: December 11, 2001

RICHARD H. KYLE
United States District Judge

DEC 11 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK