# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America, ex rel James B. Kinney

Case No. Civil 01-1287RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Rebecca Stoltz, Kelly Spratt, Geraldine Peterson and Jennifer Peterson, all individuals

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the first amended complaint is **STRICKEN** as an unauthorized supplemental pleading; plaintiff's request for entry of default against Hennepin County is **DENIED AS MOOT**; defendants' request for Judicial Notice is **GRANTED IN PART** as to the court file in Kinney I; defendants' motion to dismiss is **GRANTED** and the complaint is **DISMISSED WITH PREJUDICE**.

DATE: April 5, 2002

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk