257056

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** CV-01-1287 RHK/JMM **Case Title:** U.S. ex rel. Kinney v. Stoltz, et al.

**Affidavit of Movant**

I, GARY A. WEISSMAN, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Phillip E Benson, an attorney admitted to practice in the EASTERN & CENTRAL District of CALIFORNIA, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ()defendant JAMES KINNEY in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 115599 06.04.02
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Phillip E. Benson, am currently a member in good standing of the U.S. District Court for the Central/Eastern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Phillip E. Benson [signature] 3-29-02
Type/Print Name Signature Date

Attorney License Number: 97420

Law Firm Name & Address: Warren-Benson Law Group
8141 East Kaiser Blvd., Suite 203
Anaheim Hills, CA 92808-2241

Telephone: (714) 637-5537

Motion Granted: [signature] JUN 07 2002
For the Court: ~~Francis E. Dosal~~, Clerk MMC Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

JUN 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK