UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James B. Kinney,

Plaintiff, Civil No. 01-1287 (RHK/JMM)

v.

Rebecca Stoltz, et al.,

Defendants.

COST JUDGMENT

The costs of Defendants have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter | $66.00 | $66.00 |
| Other costs | $1.11 | $1.11 |
| TOTAL: | $67.11 | $67.11 |

Costs, therefore, are taxed in the sum of Sixty Seven and 11/100 Dollars ($67.11) in favor of Defendants Rebecca Stoltz, et al., and against Plaintiff James B. Kinney and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of September 15, 2003.

RICHARD D. SLETTEN, CLERK

By____________________
Brian J. Saame
Law Clerk

FILED SEP 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED________
DEPUTY CLERK'S INTIALS________